JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:              541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMON AVILA GONZALEZ, | ) | Case No.  1:25-CV-00840-SKO |
| | ) | |
| Plaintiff | ) | **STIPULATION AND ORDER FOR** |
| | ) | **EXTENSION OF TIME TO FILE** |
| v. | ) | **PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| FRANK BISIGNANO, | ) | (Doc. 11) |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 14 Days to November 24, 2025, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to the fact that Plaintiff's counsel is finding the review of the lengthy administrative record more time consuming than imagined.

   The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                          Respectfully submitted,

Date: November 6, 2025                    JACQUELINE A. FORSLUND
                                          Attorney at Law


                                          */s/Jacqueline A. Forslund*

**Gonzalez v. Bisignano**            **Stipulation and Order**            **E.D. Cal. 1:25-cv-00840-SKO**

|  |  |
|--|--|
|  | JACQUELINE A. FORSLUND |
|  | Attorney for Plaintiff |
| Date: November 6, 2025 | KIMBERLY A. SANCHEZ<br>Acting United States Attorney<br>MATHEW W. PILE<br>Head of Program Litigation 1<br>Social Security Administration | Law & Policy |
|  | */s/ Oscar Gonzalez de Llano*<br>OSCAR GONZALEZ DE LLANO<br>Special Assistant United States Attorney<br>*By email authorization |
|  | Attorney for Defendant |

ORDER

Pursuant to the parties' stipulation and unopposed motion for extension of time, (Doc. 11),

IT IS HEREBY ORDERED that Plaintiff shall have an extension, to and including November 24, 2025, to file his Motion for Summary Judgment. The deadlines in the Scheduling Order, (Doc. 5), are hereby extended accordingly.

IT IS SO ORDERED.

Dated:  **November 7, 2025**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE