JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON AVILA GONZALEZ, ) | Case No.  1:25-CV-00840-SKO |
| ) | |
| Plaintiff ) | **STIPULATION AND UNOPPOSED** |
| ) | **MOTION FOR EXTENSION OF TIME TO** |
| ) | **FILE PLAINTIFF'S OPENING BRIEF;** |
| ) | **ORDER** |
| ) | |
| FRANK BISIGNANO, ) | (Doc. 13) |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to December 24, 2025, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's third request for an extension.  It is requested due to the fact that Plaintiff's counsel recently took a fall from which she is still recovering.  Because of this and other ongoing health issues she finds herself in need of this additional extension.  The parties further stipulate that the Court's Scheduling Order be modified accordingly.

//

//

//

//

**Gonzalez v. Bisignano**          Stipulation and Unopposed Motion; Order    E.D. Cal. 1:25-cv-00840-SKO

Respectfully submitted,

Date: November 24, 2025          JACQUELINE A. FORSLUND
                                 Attorney at Law


                                 */s/Jacqueline A. Forslund*
                                 JACQUELINE A. FORSLUND

                                 Attorney for Plaintiff


Date: November 24, 2025          KIMBERLY A. SANCHEZ
                                 Acting United States Attorney
                                 MATHEW W. PILE
                                 Head of Program Litigation 1
                                 Social Security Administration | Law & Policy

                                 */s/ Oscar Gonzalez de Llano*
                                 OSCAR GONZALEZ DE LLANO
                                 Special Assistant United States Attorney
                                 *By email authorization

                                 Attorney for Defendant


## **ORDER**

Pursuant to the parties' stipulation and unopposed motion, (Doc. 13), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff shall have up to and including December 24, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order, (Doc. 5), are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **November 24, 2025**              */s/ Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE

**Gonzalez v. Bisignano**     Stipulation and Unopposed Motion; Order    E.D. Cal. 1:25-cv-00840-SKO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28